**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael MUSE, Defendant–Appellant.**

**No. 08–10760**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 12, 2008.

Mary Erickson, Decatur, GA, for Defendant–Appellant.

Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Michael Muse in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Muse's convictions and sentences are **AFFIRMED.**